IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00943-BNB

EARL CROWNHART,

    Applicant,

v.

JUDGE DISTER,

    Respondent.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 1 2007

GREGORY C. LANGHAM
CLERK

## SECOND ORDER TO CURE DEFICIENCY

On May 31, 2007, Mr. Crownhart, a state prisoner, filed a trust fund account statement. He also filed a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Originally, Mr. Crownhart filed a 28 U.S.C. § 2241 Application in the instant action and was instructed, on May 8, 2007, to cure the deficiency in the action by submitting a certified copy of his trust fund account statement.

As opposed to complying with the May 8, 2007, Order, Mr. Crownhart filed a Notice of Appeal and a Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action, on May 18, 2007. He failed, however, to include a certified copy of his trust fund account statement with his Motion and Affidavit for Leave to Proceed on Appeal and again was instructed to submit a certified copy of his trust fund account statement.

Nonetheless, the account statement Mr. Crownhart filed on May 31, 2007, whether he submitted it in response to the Court's May 8, 2007, Order or May 22, 2007,

Order, is not **properly certified by an appropriate officer of the institution where he is confined.** Accordingly, it is

ORDERED that Applicant is granted an additional thirty days from the date of this Order to provide to the Court a properly **certified** copy of his trust fund account statement. It is

FURTHER ORDERED that if Applicant fails to comply with the instant Order, **within thirty days from the date of this Order**, the Application will be denied and the action dismissed without further notice.

DATED June 1, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00943-BNB

Earl Crownhart
Prisoner No. 113771
DRDC
PO Box 392004
Denver, CO 80239

  I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6/1/07

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk